**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000224
18-DEC-2024
08:16 AM
Dkt. 59 ORD**

CAAP-21-0000224

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PUU HELEAKALA COMMUNITY ASSOCIATION,
by and through its Board of Directors, Plaintiff-Appellee, v.
GABI KIM COLLINS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC181007771)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

On December 14, 2024, Defendant-Appellant Gabi Kim Collins filed the Motion to Vacate Summary Disposition Order Entered October 15, 2024 Based on Newly Discovered Information That Makes It Void (**Motion**).

On December 17, 2024, Plaintiff-Appellee Puu Heleakala Community Association, by and through its Board of Directors (**Association**), filed an opposition.

The court construes the Motion as a second motion for reconsideration of the October 15, 2024 Summary Disposition Order. Only one motion for reconsideration may be filed by any party. Hawaiʻi Rules of Appellate Procedure Rule 40(e).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

IT IS FURTHER ORDERED that the Association's request for attorney's fees and costs is denied.

DATED:  Honolulu, Hawaiʻi, December 18, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge